**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-2342**

---

STEPHEN THOMAS YELVERTON, as Assignee of the claims of Wade
H. Atkinson, Jr.,

        Plaintiff - Appellant,

    v.

PHYLLIS Y. EDMUNDSON; YELVERTON FARMS, LTD.,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:15-cv-00134-F)

---

Submitted:  March 29, 2016        Decided:  March 31, 2016

---

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Stephen Thomas Yelverton, Appellant Pro Se.  Matthew Scott
Sullivan, WHITE & ALLEN, PA, Kinston, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Thomas Yelverton seeks to appeal the district court's order denying his motion for leave to file a second amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Yelverton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellees' motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED